INSITUFORM TECHNOLOGIES, INC. and INA Acquisition Corp., Plaintiffs–Appellees,

v.

AMERIK SUPPLIES, INC. (formerly known as BJR Trading U.S.A., Inc.) and Erik Nielsen, Defendants/Third Party Plaintiffs–Appellees,

v.

Cosmic–Sondermaschinenbau GMBH, Third Party Defendant–Appellant.

Nos. 2012–1655, 2012–1656.

United States Court of Appeals,
Federal Circuit.

Sept. 23, 2013.

Dean L. Franklin, Thompson Coburn LLP, of St. Louis, MO, argued for plaintiffs-appellees. With him on the brief were Alan H. Norman, Michael L. Nepple And Matthew A. Braunel.

Daniel A. Kent, Kent Law, P.C., of Alpharetta, GA, argued for third party defendant-appellant.

NEWMAN, PROST, and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* **Fed. Cir. R. 36.**